STATE of Missouri, Respondent,

v.

Leroy LIPE, Appellant.

No. WD 52100.

Missouri Court of Appeals,
Western District.

Sept. 17, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

This appeal arises from a conviction for felony nonsupport of a child, § 568.040, RSMo 1993. Appellant neither raised his constitutional challenge at the earliest opportunity nor preserved it in a motion for a new trial. Because of appellant's failure, there is no issue for review before this court.

Judgment affirmed.